

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WARREN E & P, INC., f/k/a PETROLEUM DEVELOPMENT CORPORATION d/b/a PEDECO, INC., WARREN RESOURCES, INC., and OIL TECHNOLOGY FUND 1996 – SERIES D, L. P., | § § § § | No. 08-10-00198-CV<br><br>Appeal from the<br><br>81st District Court |
| Appellants/Cross-Appellees, | § § | of Frio County, Texas |
| v. | § | (TC# 98-02-00039CVF) |
| GOTHAM INSURANCE COMPANY, | § | |
| Appellee/Cross-Appellant. | | |

## **J U D G M E N T**

The Court has considered this cause on the parties' joint motion to render judgment effectuating the parties' settlement agreement and concludes the motion should be granted. We therefore render judgment effectuating the parties' settlement agreement. We further order trial and appellate costs are taxed against the party incurring the same, and this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF NOVEMBER, 2014.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating